AO 91 (Rev. 02/09)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

SEP - 4 2016

for the

Southern District of Texas

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Francisco Gonzalo RAMOS-Padilla<br>COB:  Mexico<br>YOB: 1956<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No. M-16-1654-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ___09/03/2016___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___ , the defendant violated ___21___ U. S. C. § ___841 (a)(1)___ , an offense described as follows:

knowingly and intentionally possess with the intent to distribute approximately 19.42 kilograms of heroin, a Schedule I controlled substance and 17.08 kilograms of cocaine, a Schedule II controlled substance.

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

**Fatima Alkhatib, HSI Special Agent**
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   ___09/04/2016___  4:02 pm

*Judge's signature*

City and state:   ___McAllen, Texas___

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On September 3, 2016, U.S. Customs and Border Protection (CBP) Officers at the Pharr, Texas Port of Entry (POE) referred a 2013 Black Honda Accord into the secondary inspection area for an intensive examination.  The driver, identified as Francisco Gonzalo RAMOS-Padilla, was traveling from Monterrey, N.L., Mexico to San Antonio with his distant family member, Juana Vazquez-Medina. RAMOS-Padilla stated that he was going to San Antonio, Texas to see an eye doctor and that he had been under treatment and would only travel to San Antonio, Texas monthly.  RAMOS-Padilla was unable to provide any receipts for the medical services or a hotel reservation.

When RAMOS-Padilla was asked to drive the vehicle to secondary for an inspection, he began to display signs of nervousness by buckling his seatbelt and repeatedly grabbing his water bottle and taking big gulps of water.  RAMOS-Padilla and Vazquez-Medina were not in possession of any luggage or personal belongings and stated they would buy some once in San Antonio, Texas.  An inspection of the rocker panels of the vehicle, revealed a compartment and abnormal K-910b density meter reading of 70.  A K-9 search resulted in an alert to the driver side rocker panel area. An x-ray examination showed anomalies within the vehicle. CBP officers drilled the suspected area and a white powdery substance was extracted which led to the discovery of 19.42 kilograms of heroin and 17.08 kilograms of cocaine.

A search of RAMOS-Padilla's cell phone revealed text messages from his wife dated September 3, 2016 at 11:55 a.m. stating that the car would be picked up in half an hour. There were text messages from Brenda, RAMOS-Padilla's daughter, dated September 3, 2016 sent from 1:46 p.m. to 2:04 p.m., with instructions for Vasquez-Medina on what to tell CBP officers in regards to obtaining her I-94 permit. There was an outgoing text message to Tania in Indiana, indicating that RAMOS-Padilla and Vazquez-Medina had entered the U.S. but had problems with Vazquez-Medina's I-94.  RAMOS-Padilla had photos in his cell phone of him in Chicago, Illinois dated July 22, 2016 to July 27, 2016. RAMOS-Padilla had a business card for the Holiday Inn Express in Chicago, Illinois. RAMOS-Padilla was in possession of $1792.00 USD and $1650 Mexican Pesos.

Homeland Security Investigations (HSI) Special Agent Fatima Alkhatib and CBP Officer Aaron Meza read RAMOS-Padilla his Miranda Rights in the Spanish language.  RAMOS-Padilla declined to speak with agents without the presence of an attorney.